UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE FRANKLIN ONLEY, | No. 2:22-cv-01795-WBS-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. DAVIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. Defendants seek an extension of time to file a responsive pleading. ECF No. 35. The motion is GRANTED, and defendants shall file their answer or responsive motion on or before October 23, 2023.

So ordered.

Dated: September 13, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE