IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE FRANKLIN ONLEY,** | 2:22-cv-01795-WBS-EFB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **D. DAVIS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 43) is granted. Defendants are granted a forty-five-day extension of time to take Plaintiff's deposition and file any motion to compel. Defendants shall depose Plaintiff and file any motions to compel by April 22, 2024. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: March 11, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE