IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE FRANKLIN ONLEY,** | Case No. 2:22-cv-01795-WBS-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **D. DAVIS, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' motion for a seven-day extension of time to file an opposition to Plaintiff's motion for summary judgment (ECF No. 50) is granted. Defendants shall file an opposition no later than July 9, 2024. No other deadlines are affected by this order.

    IT IS SO ORDERED.

Dated: July 3, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE