UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE FRANKLIN ONLEY, | No. 2:22-cv-01795-WBS-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| D. DAVIS, et al., | |
| Defendants. | |

Plaintiff has filed his third request for an extension of time to file an opposition to defendants' motion for summary judgment pursuant to the court's minute order of October 22, 2024. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 75) is granted; and

2. Plaintiff is granted until December 15, 2024, in which to file an opposition to defendants' motion for summary judgment. No further extensions of time will be granted.

Dated: November 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE